IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE JOHNSON ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br>    *Plaintiff*,<br>  v.<br>MATTRESS WAREHOUSE, INC.,<br>    *Defendant*. | CIVIL ACTION<br>NO. 20-891 |

## **ORDER**

AND NOW this 1st day of June, 2020, following consideration of Defendant Mattress Warehouse, Inc.'s Motion to Dismiss (ECF No. 4) Plaintiff Diane Johnson's Complaint (ECF No. 1), Plaintiff's response to the motion (ECF No. 5) and Defendant's reply (ECF No. 6), and consistent with the accompanying memorandum of law, it is **ORDERED** that Defendant's motion is **DENIED**.

Defendant shall answer Plaintiff's Complaint on or before **Monday, June 15, 2020**.

                 BY THE COURT:


                 */s/ Gerald J. Pappert*
                 GERALD J. PAPPERT, J.