IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE JOHNSON, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>MATTRESS WAREHOUSE, INC.,<br><br>*Defendant*. | CIVIL ACTION NO. 20-891 |

**DEFENDANT MATTRESS WAREHOUSE, INC.'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 56, Defendant Mattress Warehouse Inc. ("Mattress Warehouse") hereby moves this Court for an Order granting summary judgment in its favor on the entirety of Plaintiff Diane Johnson's Complaint. In support of this Motion, Mattress Warehouse relies upon the accompanying Brief and Statement of Undisputed Material Facts, both of which are incorporated herein by reference.

WHEREFORE, Mattress Warehouse respectfully requests (1) that its Motion be granted, (2) that judgment be entered in its favor, (3) that this case be dismissed in its entirety with prejudice, and (4) that the Court grant any other and further relief as may be just and warranted.

[INTENTIONALLY LEFT BLANK, SIGNATURES ON FOLLOWING PAGE]

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 26, 2020 | By: */s/ Henry A. Platt*<br>Henry A. Platt, Esq. (*Admitted Pro Hac Vice*) |

**SAUL EWING ARNSTEIN & LEHR LLP**
Henry A. Platt, Esq.
1919 Pennsylvania Ave., N.W., Suite 550
Washington, D.C. 20006
T: (202) 342-3447
Henry.Platt@saul.com

Jessica L. Meller, Esq.
1500 Market Street, Centre Sq. W., Fl. 38
Philadelphia, PA 19102
T: (215) 972-7104
Jessica.Meller@saul.com

*Attorneys for Defendant Mattress Warehouse, Inc.*

2