IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE JOHNSON, on behalf of herself and others similarly situated,<br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>MATTRESS WAREHOUSE, INC.,<br>　　　　　　　　Defendant. | :<br>:<br>:  2:20-cv-00891-GJP<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Plaintiff Diane Johnson appeals to the United States Court of Appeals for the Third Circuit from the District Court's Memorandum and Order granting Defendant Mattress Warehouse, Inc.'s summary judgment motion and entering judgment in its favor. *See* ECF Nos. 34-35.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**DIANE JOHNSON, APPELLANT:**

Peter Winebrake
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

**MATTRESS WAREHOUSE, INC., APPELLEE:**

Carolyn A. Pellegrini, Esq.
Saul Ewing Arnstein & Lehr LLP
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Henry A. Platt, Esq.
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, DC  20006

1

Dated:  October 13, 2021                    Respectfully submitted,

<div style="margin-left: 40%">

<u>/s/ Peter Winebrake</u>
Peter Winebrake
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
pwinebrake@winebrakelaw.com

</div>

## **CERTIFICATE OF SERVICE**

      I, Peter Winebrake, certify that on this 13th day of October, 2021, a true and correct copy of this document was served upon the following by electronic filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania and is available for viewing and downloading from the ECF system:

                                      Carolyn A. Pellegrini, Esq.
                                      Saul Ewing Arnstein & Lehr LLP
                                      1500 Market Street, 38th Floor
                                      Philadelphia, PA  19102

                                      Henry A. Platt, Esq.
                                      Saul Ewing Arnstein & Lehr LLP
                                      1919 Pennsylvania Avenue, N.W., Suite 550
                                      Washington, DC  20006

Dated:  October 13, 2021              /s/ Peter Winebrake
                                      Peter Winebrake
                                      Winebrake & Santillo, LLC
                                      715 Twining Road, Suite 211
                                      Dresher, PA 19025
                                      (215) 884-2491
                                      pwinebrake@winebrakelaw.com